UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY HILL,<br><br>         Plaintiff,<br><br>    v.<br><br>KAMALA D. HARRIS, et al.,<br><br>         Defendants. | 1:14-cv-0289-AWI-MJS<br><br>VOLUNTARY DISMISSAL OF ACTION<br><br>(ECF No. 11)<br><br>CLERK SHALL CLOSE CASE |

   Plaintiff Tony Hill ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

   This action was initiated on May 3, 2014. (ECF No. 1.) On May 14, 2014, Plaintiff filed a notice with the Court asking that his Complaint be voluntarily dismissed. (ECF No. 11.)

   Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal.

   Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED without prejudice.

   The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   June 6, 2014                          /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE

1